

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-24-00086-CV

---

SUZIE ACE, APPELLANT

V.

MURPHY OIL USA, INC. D/B/A MURPHY EXPRESS
AND LINDA PERKINS, APPELLEES

---

On Appeal from the 237th District Court
Lubbock County, Texas
Trial Court No. DC-2022-CV-0287, Honorable Les Hatch, Presiding

---

May 16, 2024

## MEMORANDUM OPINION

Before PARKER and DOSS and YARBROUGH, JJ.

Appellant, Suzie Ace, proceeding pro se, appeals from the trial court's *Order Granting Defendant Murphy Oil USA, Inc. d/b/a Murphy Express's Traditional Motion for Summary Judgment*. The clerk's record was due April 15, 2024, but was not filed because Ace failed to make payment arrangements for the record. *See* Tex. R. App. P. 35.3(a)(2). By letter that day, we directed Ace to pay for the clerk's record by April 25 or the appeal would be dismissed for want of prosecution. *See* Tex. R. App. P. 37.3(b). To date, Ace

has neither made payment arrangements for the clerk's record nor filed a response explaining the omission.

Consequently, we dismiss the appeal for want of prosecution.  *See* TEX. R. APP. P. 37.3(b), 42.3(b).

Per Curiam